UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00619-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. CLAUDE DILES, a/k/a "Pep",**
2. RICHARD TERRELL, a/k/a "C-Bone",

    Defendants.

## ORDER TO RESPOND

THIS MATTER comes before the Court on a letter **(#159)** filed by Defendant Claude Diles, which this Court construes as a motion to set aside his sentence under 28 U.S.C. § 2255, and for appointment of counsel.

**IT IS ORDERED** that the Government shall respond to the motion by January 25, 2008.

Dated this 10th day of January, 2008

        BY THE COURT:

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge